Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Attorney's Email: mwenzel@bfesf.com

Attorneys for Defendant
ALAMEDA COUNTY SHERIFF'S
DEPUTY MICHAEL GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10.<br><br>    Defendant. | Case No. CV-11-3372 MEJ<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On July 8, 2011, Plaintiff filed the Complaint initiating the above-captioned action against Defendant Alameda County Sheriff's Deputy Michael Gallardo.

2. On August 9, 2011, Plaintiff served the Complaint on Defendant Alameda County Sheriff's Deputy Michael Gallardo by personal service.

3. Defendant's last day to file a responsive pleading to the Complaint is currently August 30, 2011.

4. The parties stipulate to extend the time for Defendant to respond to the Complaint through and including September 13, 2011.

Dated:  August 30, 2011                         LAW OFFICES OF CHE L. HASHIM

                                                By:  */s/ Che L. Hashim*
                                                     Che L. Hashim
                                                     Attorney for Plaintiff
                                                     SHERRIE ROBERTS

Dated:  August 30, 2011                         BERTRAND, FOX & ELLIOT

                                                By:  */s/ Michael C. Wenzel*
                                                     Michael C. Wenzel
                                                     Attorneys for Defendant
                                                     MICHAEL GALLARDO

## ORDER

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants to respond to the Complaint shall be extended to September 13, 2011.

DATED:  August 30, 2011                         _____
                                                MARIA-ELENA JAMES
                                                CHIEF UNITED STATES MAGISTRATE JUDGE