1   Che Lewellyn Hashim, State Bar No. 238565
    LAW OFFICE OF CHE L HASHIM
2   861 Bryant St
    San Francisco, CA 94103
3   Telephone: (415) 487-1700
    Attorney's Email: che.hashim.esq@gmail.com
4
    Attorneys for Plaintiff
5   SHERRIE ROBERTS

6

7   Thomas F. Bertrand, State Bar No. 056560
    Michael C. Wenzel, State Bar No. 215388
8   BERTRAND, FOX & ELLIOT
    The Waterfront Building
9   2749 Hyde Street
    San Francisco, California 94109
10  Telephone: (415) 353-0999
    Facsimile:  (415) 353-0990
11  Attorney's Email: mwenzel@bfesf.com

12  Attorneys for Defendant
    ALAMEDA COUNTY SHERIFF'S
13  DEPUTY MICHAEL GALLARDO

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18  SHERRIE ROBERTS,                    Case No. CV-11-3372 MEJ

19        Plaintiff,
                                        **STIPULATED REQUEST TO CONTINUE**
20        v.                            **MEDIATION COMPLIANCE DEADLINE;**
                                        **[PROPOSED] ORDER**
21  ALAMEDA COUNTY SHERIFF'S DEPUTY
    MICHAEL GALLARDO, and DOES 1-10.
22
23        Defendant.

24

25        Defendant ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO and plaintiff

26  SHERRIE ROBERTS, by and through her respective attorneys of record, hereby stipulate as follows:

27        1.      The parties were set for an initial case management conference on October 20, 2011.

28  Prior to the conference, the Court issued a Case Management Order on October 13, 2011, in which the

                                             1

following discovery and dispositive motion deadlines were set:

    (A)     Disclosure of Expert Witnesses and Expert Reports to be served by 9-7-12;

    (B)     Disclosure of Rebuttal Expert Witnesses to be served by 9-17-12;

    (C)     Expert and Non-Expert Discovery to be completed by 10-2-12;

    (D)     All Dispositive Motions shall be filed, served, and noticed by 11-1-12;

    (E)     The Court shall hear dispositive motions on 12-6-12 at Courtroom B, 15th Floor, Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

    2.     The parties were further referred to mediation on October 13, 2011 to be completed by January 11, 2012.  The parties were assigned to mediator Matthew Pavone and agreed to schedule mediation for January 10, 2012.

    3.     Defendant served Initial Disclosures on October 13, 2011.  Plaintiff served Initial Disclosures on November 17, 2011. Defendant thereafter promptly served written discovery. Responses to that discovery are due December 21, 2011.  Responses to the written discovery may result in the need for further discovery and the issuance of medical subpoenas.

    4.     The parties are attempting to schedule plaintiff's deposition to take place in January. Plaintiff's deposition is critical to defendants' evaluation of the case, and a meaningful mediation cannot occur until completion of that deposition.

    5.     During the pre-mediation scheduling conference with mediator Matthew Pavone, counsel for the parties informed Mr. Pavone that they intended to seek a continuance of the mediation compliance date so that necessary discovery could be completed prior to mediation. Mr. Pavone indicated he was in agreement with that request for additional time given the need to complete necessary discovery prior to mediation, but would hold the January 10, 2012 date until the Court had an opportunity to consider the instant stipulation.

    6.     For all the good cause reasons stated above, the parties respectfully request this Court extend the parties deadline to complete mediation until March 30, 2012, so that the parties can complete necessary discovery.

    7.     The parties' request for extension of the mediation compliance deadline should not interfere with the presently scheduled pretrial and trial dates set by the Court, and trial in this matter is set

for April 4, 2013. The parties submitted one prior stipulation to the Court to provide defendant an additional two weeks to respond to plaintiff's complaint

8.      The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated:  December 7, 2011                          LAW OFFICES OF CHE L. HASHIM


                                                  By:   */s/ Che L. Hashim*
                                                        Che L. Hashim
                                                        Attorney for Plaintiff
                                                        SHERRIE ROBERTS


Dated:  December 7, 2011                          BERTRAND, FOX & ELLIOT


                                                  By:   */s/ Michael C. Wenzel*
                                                        Michael C. Wenzel
                                                        Attorneys for Defendant
                                                        MICHAEL GALLARDO


**ORDER**

GOOD  CAUSE  APPEARING  THEREFORE,  and  the  parties'  having  stipulated  to  same,  the parties' stipulation is hereby APPROVED.  The deadline for the parties to complete mediation shall be continued until March 30, 2012.

**IT IS SO ORDERED.**


DATED:  December __8__, 2011                       _____
                                                  HONORABLE MARIA-ELENA JAMES
                                                  United States Chief Magistrate Judge