Che Lewellyn Hashim, State Bar No. 238565
LAW OFFICE OF CHE L HASHIM
861 Bryant St
San Francisco, CA 94103
Telephone: (415) 487-1700
Attorney's Email: che.hashim.esq@gmail.com

Attorneys for Plaintiff
SHERRIE ROBERTS


Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Attorney's Email: mwenzel@bfesf.com

Attorneys for Defendant
ALAMEDA COUNTY SHERIFF'S
DEPUTY MICHAEL GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10.<br><br>    Defendant. | Case No. CV-11-3372 MEJ<br><br>**NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that defendant MICHAEL GALLARDO and plaintiff SHERRIE ROBERTS, by and through their respective attorneys of record (collectively, the "PARTIES"), have reached a settlement in this matter.

1  The parties are currently in the process of finalizing settlement documents and anticipate filing a
2  Stipulation to Dismissal in the near future.
3  The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be
4  vacated from the Court's calendar, and that the parties be ordered to file a stipulation for dismissal or
5  joint status report by April 6, 2012.
6  The parties respectfully request this Court incorporate the terms of this stipulation in a written
7  order.

**IT IS SO STIPULATED.**

Dated:  March 14, 2012                                    LAW OFFICES OF CHE L. HASHIM

                                                          By:  */s/ Che L. Hashim*
                                                               Che L. Hashim
                                                               Attorney for Plaintiff
                                                               SHERRIE ROBERTS


Dated:  March 14, 2012                                    BERTRAND, FOX & ELLIOT

                                                          By:  */s/ Michael C. Wenzel*
                                                               Michael C. Wenzel
                                                               Attorneys for Defendant
                                                               MICHAEL GALLARDO


## ORDER

GOOD CAUSE APPEARING THEREFOR, the parties shall file a stipulation for dismissal or joint status report by April 6, 2012

**IT IS SO ORDERED.**

DATED:  March 15, 2012                                    _____
                                                          HONORABLE MARIA-ELENA JAMES
                                                          United States Chief Magistrate Judge