Che Lewellyn Hashim, State Bar No. 238565
LAW OFFICE OF CHE L HASHIM
861 Bryant St
San Francisco, CA 94103
Telephone: (415) 487-1700
Attorney's Email: che.hashim.esq@gmail.com

Attorneys for Plaintiff
SHERRIE ROBERTS


Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Attorney's Email: mwenzel@bfesf.com

Attorneys for Defendant
ALAMEDA COUNTY SHERIFF'S
DEPUTY MICHAEL GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10.<br><br>    Defendant. | Case No. CV-11-3372 MEJ<br><br>**NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that defendant MICHAEL GALLARDO and plaintiff SHERRIE ROBERTS, by and through their respective attorneys of record (collectively, the "PARTIES"), have reached a settlement in this matter.

The parties are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar, and that the parties be ordered to file a stipulation for dismissal or joint status report by April 6, 2012.

The parties respectfully request this Court incorporate the terms of this stipulation in a written order.

**IT IS SO STIPULATED.**

Dated: March 14, 2012					LAW OFFICES OF CHE L. HASHIM

							By:	*/s/ Che L. Hashim*
								Che L. Hashim
								Attorney for Plaintiff
								SHERRIE ROBERTS

Dated: March 14, 2012					BERTRAND, FOX & ELLIOT

							By:	*/s/ Michael C. Wenzel*
								Michael C. Wenzel
								Attorneys for Defendant
								MICHAEL GALLARDO

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the parties shall file a stipulation for dismissal or joint status report by April 6, 2012

**IT IS SO ORDERED.**

DATED: March 15, 2012					_____
							HONORABLE MARIA-ELENA JAMES
							United States Chief Magistrate Judge

NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER