| | |
|---|---|
| 1 | Che Lewellyn Hashim, State Bar No. 238565 |
| 2 | LAW OFFICE OF CHE L HASHIM |
|   | 861 Bryant St |
| 3 | San Francisco, CA 94103 |
|   | Telephone: (415) 487-1700 |
| 4 | Email: che.hashim.esq@gmail.com |
| 5 | Attorneys for Plaintiff |
|   | SHERRIE ROBERTS |
| 6 | |
| 7 | Thomas F. Bertrand, State Bar No. 056560 |
| 8 | Michael C. Wenzel, State Bar No. 215388 |
|   | BERTRAND, FOX & ELLIOT |
| 9 | The Waterfront Building |
|   | 2749 Hyde Street |
| 10 | San Francisco, California 94109 |
|    | Telephone: (415) 353-0999 |
| 11 | Facsimile:  (415) 353-0990 |
| 12 | Email: mwenzel@bfesf.com |
| 13 | Attorneys for Defendant |
|    | ALAMEDA COUNTY SHERIFF'S |
| 14 | DEPUTY MICHAEL GALLARDO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS, | Case No. CV-11-3372 MEJ |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT RE:** |
|   | **SETTLEMENT AND [PROPOSED] ORDER** |
| ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10. | |
| Defendant. | |

Defendant MICHAEL GALLARDO and Plaintiff SHERRIE ROBERTS, by and through their respective attorneys of record, (collectively, the "PARTIES"), filed a Notice of Settlement with this Court on March 14, 2012 advising the Court that the case had settled.

1

JOINT STATUS REPORT RE: SETTLEMENT AND [PROPOSED] ORDER

In that Notice of Settlement, the parties advised the Court that they were in the process of finalizing settlement documents and anticipated filing a Stipulation to Dismissal in the near future.

On March 15, 2012, the Court issued and Order requiring the parties to file a dismissal or joint status report by April 6, 2012.

Despite the parties' diligence, the parties have been unable to finalize the settlement as of this date. The parties are in the process of finalizing the release documents and are awaiting plaintiff's signature on the release.

The parties therefore respectfully request that the Court provide the parties additional time to finalize the settlement, and Order the parties to file a dismissal or joint status report by May 4, 2012.

Dated:  March 6, 2012                                       LAW OFFICES OF CHE L. HASHIM

                                                                           By:   */s/ Che L. Hashim*
                                                                                    Che L. Hashim
                                                                                    Attorney for Plaintiff
                                                                                    SHERRIE ROBERTS

Dated:  March 6, 2012                                       BERTRAND, FOX & ELLIOT

                                                                           By:   */s/ Michael C. Wenzel*
                                                                                    Michael C. Wenzel
                                                                                    Attorneys for Defendant
                                                                                    MICHAEL GALLARDO

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the parties shall file a dismissal or joint status report by May 4, 2012.

**IT IS SO ORDERED.**

DATED:  __April 11, 2012__                                  _____
                                                                                    HONORABLE MARIA-ELENA JAMES
                                                                                    United States Chief Magistrate Judge