Che Lewellyn Hashim, State Bar No. 238565
LAW OFFICE OF CHE L HASHIM
861 Bryant St
San Francisco, CA 94103
Telephone: (415) 487-1700
Email: che.hashim.esq@gmail.com

Attorneys for Plaintiff
SHERRIE ROBERTS


Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
ALAMEDA COUNTY SHERIFF'S
DEPUTY MICHAEL GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10.<br><br>    Defendant. | Case No. CV-11-3372 MEJ<br><br>**JOINT STATUS REPORT RE:**<br>**SETTLEMENT AND [PROPOSED] ORDER** |

Defendant MICHAEL GALLARDO and Plaintiff SHERRIE ROBERTS, by and through their respective attorneys of record, (collectively, the "PARTIES"), filed a Notice of Settlement with this Court on March 14, 2012 advising the Court that the case had settled.

In that Notice of Settlement, the parties advised the Court that they were in the process of finalizing settlement documents and anticipated filing a Stipulation to Dismissal in the near future.

On March 15, 2012, the Court issued and Order requiring the parties to file a dismissal or joint status report by April 6, 2012.

Despite the parties' diligence, the parties have been unable to finalize the settlement as of this date. The parties are in the process of finalizing the release documents and are awaiting plaintiff's signature on the release.

The parties therefore respectfully request that the Court provide the parties additional time to finalize the settlement, and Order the parties to file a dismissal or joint status report by May 4, 2012.

Dated: March 6, 2012                        LAW OFFICES OF CHE L. HASHIM


                                            By:  */s/ Che L. Hashim*
                                                 Che L. Hashim
                                                 Attorney for Plaintiff
                                                 SHERRIE ROBERTS


Dated: March 6, 2012                        BERTRAND, FOX & ELLIOT


                                            By:  */s/ Michael C. Wenzel*
                                                 Michael C. Wenzel
                                                 Attorneys for Defendant
                                                 MICHAEL GALLARDO

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the parties shall file a dismissal or joint status report by May 4, 2012.

**IT IS SO ORDERED.**

DATED:  April 11, 2012

                                            HONORABLE MARIA-ELENA JAMES
                                            United States Chief Magistrate Judge

JOINT STATUS REPORT RE: SETTLEMENT AND [PROPOSED] ORDER