1  Che Lewellyn Hashim, State Bar No. 238565
   LAW OFFICE OF CHE L HASHIM
2  861 Bryant St
3  San Francisco, CA 94103
   Telephone: (415) 487-1700
4  Attorney's Email: che.hashim.esq@gmail.com

5  Attorneys for Plaintiff
   SHERRIE ROBERTS
6

7  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
8  BERTRAND, FOX & ELLIOT
9  The Waterfront Building
   2749 Hyde Street
10 San Francisco, California 94109
   Telephone: (415) 353-0999
11 Facsimile:  (415) 353-0990
12 Attorney's Email: mwenzel@bfesf.com

13 Attorneys for Defendant
   ALAMEDA COUNTY SHERIFF'S
14 DEPUTY MICHAEL GALLARDO

15

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| SHERRIE ROBERTS, | Case No. CV-11-3372 MEJ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISSAL WITH PREJUDICE** |
| ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10. | |
| Defendant. | |

---

1
STIPULATION TO DISMISSAL WITH PREJUDICE

**STIPULATION**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff SHERRIE ROBERTS, by and through her attorneys of record, and defendant ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO by and through his attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated: May 4, 2012                                    LAW OFFICES OF CHE L. HASHIM

                                                      By:  */s/ Che L. Hashim*
                                                           Che L. Hashim
                                                           Attorney for Plaintiff
                                                           SHERRIE ROBERTS

Dated: May 4, 2012                                    BERTRAND, FOX & ELLIOT

                                                      By:  */s/ Michael C. Wenzel*
                                                           Michael C. Wenzel
                                                           Attorneys for Defendant
                                                           MICHAEL GALLARDO



Dated: 5/4/2012

2
STIPULATION TO DISMISSAL WITH PREJUDICE