Che Lewellyn Hashim, State Bar No. 238565
LAW OFFICE OF CHE L HASHIM
861 Bryant St
San Francisco, CA 94103
Telephone: (415) 487-1700
Attorney's Email: che.hashim.esq@gmail.com

Attorneys for Plaintiff
SHERRIE ROBERTS

Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Attorney's Email: mwenzel@bfesf.com

Attorneys for Defendant
ALAMEDA COUNTY SHERIFF'S
DEPUTY MICHAEL GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO, and DOES 1-10.<br><br>    Defendant. | Case No. CV-11-3372 MEJ<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

**STIPULATION**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff SHERRIE ROBERTS, by and through her attorneys of record, and defendant ALAMEDA COUNTY SHERIFF'S DEPUTY MICHAEL GALLARDO by and through his attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated: May 4, 2012                     LAW OFFICES OF CHE L. HASHIM

                                       By:  */s/ Che L. Hashim*
                                            Che L. Hashim
                                            Attorney for Plaintiff
                                            SHERRIE ROBERTS


Dated: May 4, 2012                     BERTRAND, FOX & ELLIOT

                                       By:  */s/ Michael C. Wenzel*
                                            Michael C. Wenzel
                                            Attorneys for Defendant
                                            MICHAEL GALLARDO


IT IS SO ORDERED
Judge Maria-Elena James

Dated: 5/4/2012